Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Discover Bank, NA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dawn Nelson,<br><br>    Plaintiff,<br><br>v.<br><br>Discover Bank, TransUnion, LLC; Experian Information Solutions, Inc.; and Equifax Information Services, LLC.,<br><br>    Defendants. | Case No. 2:22-cv-01217-MMD-DJA<br><br>**Joint Motion and Proposed Order to Extend Time for Discover Bank to Respond to Plaintiff's Complaint**<br><br>**(Second Request)** |

  The response of defendant Discover Bank ("Discover") to plaintiff Dawn Nelson's complaint (ECF No. 1) is due September 15, 2022.  Discover has requested, and plaintiff has agreed, that Discover have up to and including September 26, 2022, to respond to plaintiff's complaint to provide time for Discover to continue investigating plaintiff's allegations, prepare a response, and explore the possibility of resolving plaintiff's claims.

[continued on following page]

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: September 15, 2022

| BALLARD SPAHR LLP | THE WILCHER FIRM |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ Whitney C. Wilcher<br>Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>400 South 4th Street, Suite 500<br>Las Vegas, Nevada 89101<br>wcwilcher@hotmail.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2022

2

## CERTIFICATE OF SERVICE

I certify that on September 15, 2022, and pursuant to FRCP 5, a true copy of the foregoing Joint Motion to Extend Time was filed via the Court's CM/ECF System and electronically served by the Court on all parties.

/s/ David E. Chavez
An employee of Ballard Spahr