Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Discover Bank, NA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dawn Nelson,<br><br>    Plaintiff,<br><br>v.<br><br>Discover Bank, TransUnion, LLC;<br>Experian Information Solutions, Inc.; and<br>Equifax Information Services, LLC.,<br><br>    Defendants. | Case No. 2:22-cv-01217-MMD-DJA<br><br>**Unopposed Motion and Proposed Order to Extend Time for Discover Bank to Respond to Plaintiff's Complaint**<br><br>**(Third Request)** |

  The response of defendant Discover Bank ("Discover") to plaintiff Dawn Nelson's complaint (ECF No. 1) is due September 26, 2022. Discover has requested, and plaintiff has agreed, that Discover have up to and including October 5, 2022, to respond to plaintiff's complaint to provide additional time for the Parties to continue to work toward a possible settlement.

  Although Ms. Nelson's national counsel has agreed to the extension, local counsel could not be reached in time to authorize the filing of a joint motion, which is why this request is styled as an unopposed motion. However, Ms. Nelson's national counsel represents that she does not intend to oppose this request. Discover asserts that there is good cause under Fed. R. Civ. P. 6(b)(1) to extend this deadline, given the parties' ongoing settlement efforts.

This is the third request for an extension, and it is made in good faith and not for purposes of delay.

Dated: September 26, 2022

BALLARD SPAHR LLP

By: /s/ David E. Chavez
Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Discover Bank*

IT IS SO ORDERED:

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2022

## CERTIFICATE OF SERVICE

I certify that on September 26, 2022, and pursuant to FRCP 5, a true copy of the foregoing Joint Motion to Extend Time was filed via the Court's CM/ECF System and electronically served by the Court on all parties.

/s/ David E. Chavez
An employee of Ballard Spahr