Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant
JPMorgan Discover Bank, NA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dawn Nelson,<br><br>    Plaintiff,<br><br>v.<br><br>Discover Bank, TransUnion, LLC;<br>Experian Information Solutions, Inc.; and<br>Equifax Information Services, LLC.,<br><br>    Defendants. | Case No. 2:22-cv-01217-MMD-DJA<br><br>**Joint Motion and Proposed Order to Extend Time for Discover Bank to Respond to Plaintiff's Complaint**<br><br>**(Fourth Request)** |

The response of defendant Discover Bank ("Discover") to plaintiff Dawn Nelson's complaint (ECF No. 1) is due October 5, 2022. Discover has requested, and plaintiff has agreed, that Discover have up to and including October 12, 2022, to respond to plaintiff's complaint to provide time for the Parties to continue to work toward a possible settlement.

[continued on following page]

This is the fourth request for an extension, and it is made in good faith and not for purposes of delay.

Dated: October 5, 2022

| BALLARD SPAHR LLP | THE WILCHER FIRM |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ Whitney C. Wilcher<br>Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>400 South 4th Street, Suite 500<br>Las Vegas, Nevada 89101<br>wcwilcher@hotmail.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2022

2